**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00440-NYW

SUMMIT BREWING COMPANY,

      Plaintiff,

v.

THE GRAND LAKE BREWING COMPANY, LLC,

      Defendant.

---

**ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING
DEADLINE FOR FILING OF PILOT PROGRAM CONSENT FORM**

---

      This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program.

      IT IS ORDERED:

1. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on:

**April 16, 2015 at 9:30 a.m.**,

in Courtroom C-205, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado;

2. The parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**April 27, 2015**

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed

scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: March 6, 2015

                                                  BY THE COURT:

                                                  s/Nina Y. Wang_____
                                                  United States Magistrate Judge